IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HUNDREDS IS HUGE, INC.,<br><br>Defendant. | Civil Action No. 1:21-cv-00204-RAL |

**PLAINTIFF'S MOTION TO CERTIFY THE CLASS FOR SETTLEMENT PURPOSES AND FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Anthony Hammond Murphy (collectively, "Plaintiff"), on behalf of himself and all others similarly situated, hereby moves pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an Order conditionally certifying a class for settlement purposes, preliminarily approving the settlement, approving the proposed notice and notice plan, and setting aside dates for the submission of any objections to the proposed settlement agreement and a fairness hearing. **Defendant The Hundreds is Huge, Inc. ("Defendant") consents to this Motion**. In further support of the Motion, Plaintiff states as follows:

1. On July 28, 2021, Plaintiff initiated this action for declaratory and injunctive relief against Defendant, asserting Defendant does not have, and has never had, adequate corporate policies and practices reasonably calculated to cause its Digital Properties, including its website—located at https://thehundreds.com/—and its mobile application to be fully accessible to blind[1]

---

[1] For semantic convenience, Plaintiff uses the term "blind" in its broadest sense to include all persons who, under federal civil rights laws, have a vision-related disability that requires alternative methods to access digital information.

1

individuals, in violation of Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181 *et seq.*, and its implementing regulations ("ADA"). (Doc. 1.)

2. After Defendant failed to respond to the Complaint, Plaintiff requested the Clerk enter default on October 25, 2021, (Doc. 4.), which the Clerk did the same day. (Doc. 5.)

3. Following the appearance of Defendant's counsel, Plaintiff moved the court to set aside the entry of default on February 23, 2022. (Doc. 14.).

4. The Court granted this motion. (Doc. 15.)

5. On March 3, 2022, Plaintiff moved the Court for leave to file an Amended Class Action Complaint ("ACAC"). (Doc. 16.)

6. The Court granted Plaintiff's motion and instructed the Clerk to file the ACAC, which Plaintiff had attached as an exhibit to his motion for leave, on the docket. (Doc. 17.)

7. As a result, the ACAC was placed on the docket on March 3, 2022. (Doc. 18.)

8. After engaging in good faith negotiations, the parties reached a settlement and executed a proposed settlement agreement.[2] The agreement resolves this action and defines the settlement class as follows:

> [A]ll Blind or Visually Disabled individuals who use screen reader auxiliary aids to navigate digital content and who have accessed, attempted to access, or been deterred from attempting to access, or who may access, attempt to access, or be deterred from attempting to access The Hundreds is Huge, Inc.'s Digital Properties including its Website at https://www.thehundreds.com and/or Mobile App from the United States.

9. Under the terms of the agreement,[3] Defendant shall ensure blind or visually disabled individuals full and equal enjoyment of the goods, services, facilities, privileges,

---

[2] The agreement is attached to this Motion as Exhibit 1.
[3] The primary terms of the Settlement Agreement are explained more fully in the corresponding Memorandum at Section III.

advantages, and accommodations provided by and through its Digital Properties, including its website and mobile application and any website or mobile application that Defendant develops, starts to operate, or acquires in the future, and which is publicly available to consumers in the United States.

10. The proposed settlement agreement, notice,[4] and notice plan[5] closely mirror the settlement agreements approved in *Murphy v. Eyebobs, LLC*, No. 1:21-cv-00017, Doc. 49 (W.D. Pa. Feb. 9, 2022) ("*Eyebobs*") and *Murphy v. Charles Tyrwhitt, Inc.*, No. 1:20-cv-00056, Doc. 47 (W.D. Pa. Feb. 16, 2022) ("*Charles Tyrwhitt*").

11. In light of the substantial relief obtained and the inherent risks of continued litigation, the settlement is fair, reasonable, and adequate. The proposed agreement is on par with the relief achieved in analogous cases brought by advocacy organizations like the National Federation of the Blind, the Civil Rights Division of the U.S. Department of Justice, and in *Eyebobs* and *Charles Tyrwhitt*. It was reached after several months of good-faith negotiations at arm's length.

WHEREFORE, Plaintiff respectfully requests the Court:

(A) Certify the class for settlement purposes and appoint Anthony Hammond Murphy as class representatives and Plaintiff's Counsel as Class Counsel;[6]

(B) Preliminarily approve the settlement as set forth in the proposed settlement agreement;

(C) Approve the notice and notice plan, including by setting:

---

[4] The proposed notice is attached to the proposed settlement agreement as Agreement Exhibit 1.
[5] The proposed notice plan is attached to this Motion as Exhibit 2.
[6] Plaintiffs' counsel's resumes are attached to this Motion as Exhibit 3.

   (1) A date twenty-one (21) days after the Court grants preliminary approval as the deadline for Defendant to publish notice of the settlement ("Notice Deadline");

   (2) A date forty-five (45) days after the Notice Deadline for Plaintiff to move for reasonable attorneys' fees and costs;

   (3) A date sixty (60) days after the Notice Deadline for submission of any objections to the Proposed Settlement Agreement;

   (4) A date ninety (90) days after the Notice Deadline for a fairness and final approval hearing, or as soon thereafter as the Court may set the hearing.

Respectfully submitted,

Dated: May 5, 2022

*/s/ Kevin Tucker*
Kevin Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (PA 320659)
Chandler Steiger (She/Her) (PA328891)
Stephanie Moore (She/Her) (PA 329447)
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
https://eastendtrialgroup.com/
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

Lawrence H. Fisher
Pa. Bar ID #67667
One Oxford Centre
301 Grant Street, Suite 4300
Pittsburgh, PA 15219
Tel. (412) 577-4040
lawfirst@lawrencefisher.com

*Counsel for Plaintiff*