## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HUNDREDS IS HUGE, INC.,<br><br>Defendant. | Civil Action No. 1:21-cv-00204 |

## PLAINTIFF'S UNOPPOSED MOTION
## TO CERTIFY CLASS FOR SETTLEMENT PURPOSES AND
## FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Anthony Hammond Murphy, on behalf of himself and all others similarly situated, by and through his undersigned counsel, hereby moves for entry of an order granting final approval of the parties' Class Action Settlement Agreement. (Doc. 20-1.)

1. In support, Plaintiff submits the accompanying Memorandum in Support of Plaintiff's Unopposed Motion to Certify Class for Settlement Purposes and for Final Approval of Class Action Settlement.

2. Plaintiff respectfully requests that the Court certify the class for settlement purposes, approve the settlement as fair, reasonable, and adequate, and enter the proposed order in the form accompanying this motion.

3. Defendant does not oppose the relief sought in this motion.

Dated: September 26, 2022

*/s/ Kevin W. Tucker*

Kevin W. Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (He/Him) (PA 320659)
Chandler Steiger (She/Her) (PA 328891)
Stephanie Moore (She/Her) (PA 329447)

**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

Lawrence H. Fisher (PA 67667)
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Tel. (412) 577-4040
lawfirst@lawrencefisher.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 26, 2022, a true and correct copy of the foregoing document was filed and served by way of the Court's CM/ECF system on all counsel of record.

Respectfully submitted,

Dated: September 26, 2022         */s/ Kevin W. Tucker*
                                  Kevin W. Tucker